In re  Janet Whylly                    Case# 6:08- BK-11667-ABB

**FILED**

JAN 2 1 2009

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Repayment Plan

I would like propose making payment on each account on March 28th 2009

| | |
|---|---|
| USA Bank Mortgage payment | $ 932,00 |
| Countrywide Mortgage payment | 2,590.00 |
| Freemont Investment payment | 2,149.00 |
| Total payment | 5,671.00 |

*[signature]*